person aggrieved. As our power is statutory, we cannot dispense with the appeal, which calls into being our power of review. Judgment affirmed, with costs. See, also, 150 N. Y. Supp. 1079.

BURNS BROS. v. ROYAL BANK OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Action by Burns Bros. against the Royal Bank of New York. No opinion. Application denied, with $10 costs. Order signed.

BUXBAUM v. SOUTH BROOKLYN RY. CO. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Aaron Buxbaum against the South Brooklyn Railway Company. No opinion. Application denied, with $10 costs. Order signed.

In re CAFFREY. (Supreme Court, Appellate Division, First Department. February 11, 1915.) In the matter of Peter Caffrey, deceased.
PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.
INGRAHAM, P. J., and McLAUGHLIN, J., dissent.

CALLAGAN, Respondent, v. PITTSBURG CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Action by Patrick Callagan, as administrator, etc., of John Callagan, deceased, against the Pittsburg Contracting Company. No opinion. Judgment and order unanimously affirmed, with costs.

CAMPAU, Appellant, v. CAMPAU, Respondent. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Mathilde V. Campau against Barnabe Campau. No opinion. Judgment reversed, and new trial granted, upon the ground that further evidence offered by plaintiff upon the subject of collusion should have been received.

CAMPBELL, Respondent, v. CAMPBELL ART CO., Appellant. (Supreme Court, Appellate Division, First Department. February 26, 1915.) Action by Frances S. Campbell against the Campbell Art Company. W. A. Shepard, of New York City, for appellant. C. E. Le Barbier, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CANNON, Respondent, v. FARGO, Appellant. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Action by John Cannon against James C. Fargo, as president, etc. No opinion. Motions denied in all respects, except that under the prayer for general relief a reargument is ordered, and the case set down for Wednesday, March 3, 1915. See, also, 150 N. Y. Supp. 1079.

CARNEGIE TRUST CO., Respondent, v. KRESS, Appellant. (Supreme Court, Appellate Division, First Department. February 19, 1915.) Action by the Carnegie Trust Company against Samuel H. Kress. D. C. Strachan, of New York City, for appellant. J. A. Kellogg, of Glens Falls, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

CARPENTER et al. v. HEINZE et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Nathaniel L. Carpenter and others against Frederick A. Heinze, impleaded with others. No opinion. Motion to dismiss appeal (from 86 Misc. Rep. 553, 149 N. Y. Supp. 421) granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

CARPENTER MOTOR VEHICLE CO., Respondent, v. MARSHALL, Appellant. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by the Carpenter Motor Vehicle Company against Raymond W. Marshall. No opinion. Order of the County Court of Kings County affirmed by default, with $10 costs and disbursements. See, also, 150 N. Y. Supp. 1080.

CARTHAGE MACH. CO., Appellant, v. ISLAND PAPER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 20, 1915.) Action by the Carthage Machine Company against the Island Paper Company. No opinion. Motion to dismiss appeal held until the March term, with leave to the appellant in the meantime to show, by amendment of the judgment or otherwise, that it is aggrieved by the judgment entered upon its motion. See, also, 151 N. Y. Supp. 1108.

CARTHAGE MACH. CO., Appellant, v. ISLAND PAPER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by the Carthage Machine Company against the Island Paper Company. No opinion. Motion to dismiss appeal denied, without costs. See, also, 151 N. Y. Supp. 1108.

CASEY, Respondent, v. MORSE DRY DOCK & REPAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Action by Mary Casey, as administratrix, etc., against the Morse Dry Dock & Repair Company. No opinion. Motions denied, without costs.

CHARLES, Respondent, v. LEONARD, Appellant. (Supreme Court, Appellate Division, Second Department. February 5, 1915.) Action by Adelaide W. Charles, as sole executrix, etc., of Archibald Charles, deceased, against Elizabeth D. Leonard, as sole executrix, etc., of George B. Leonard, deceased.
PER CURIAM. The jury was justified in finding that Charles was not authorized by defendant to make the contract. The letter written by Charles to Leonard on March 24th is sufficient evidence that Charles did not have the